# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHENG INTERNATIONAL CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> PRINCE AMERICAS, LLC, WAITT BRANDS, LLC, C3 BRANDS, LLC; DANA BRADFORD, EKTELON RACQUETS, LLC; and PRINCE GLOBAL SPORTS LLC, LLC; <br><br> Defendants. | 8:20CV124 <br><br> **ORDER** |

In accordance with the Court's discussion with counsel for the parties during the telephone conference held on June 21, 2021,

**IT IS ORDERED**:

1) For good cause shown pursuant to Fed. R. Civ. P. 16(b), Plaintiff's Motion to Continue Case Progression Order ([Filing No. 58](#)) is granted. The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is extended to **July 1, 2021**. The deadline to file motions to compel written discovery under Rules 33, 34, 36, and 45 is extended to **July 30, 2021**.

   **Note:** Plaintiff is granted leave to file a motion to compel on any outstanding issues previously raised and discussed during telephonic conferences with the undersigned magistrate judge. Plaintiff is also granted leave to file a motion to compel as to Rule 45 subpoenas to nonparties without first requesting a telephone conference.

2) On or before **June 25, 2021**, the parties shall meet and confer regarding Dana Bradford's amended declaration. The amended declaration shall be provided to Plaintiff by **July 2, 2021**. If after Plaintiff's review the amended declaration is insufficient, Defendants shall produce the documents as ordered during the telephone call by **July 16, 2021**.

Dated this 21st day of June, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge