# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHENG INTERNATIONAL CO. LTD.,** | |
| Plaintiff, | 8:20CV124 |
| vs. | ORDER |
| **PRINCE AMERICAS, LLC, WAITT BRANDS, LLC, C3 BRANDS, LLC; DANA BRADFORD, EKTELON RACQUETS, LLC; PRINCE GLOBAL SPORTS LLC, LLC; BRADFORD FAMILY HOLDINGS, LLC, and C3 HOLDING COMPANY, LLC,** | |
| Defendants. | |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on June 27, 2022. In accordance with the settlement agreement read into the record,

**IT IS ORDERED:**

1. On or before **July 29, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 28th day of June, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge