IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHENG INTERNATIONAL CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> PRINCE AMERICAS, LLC, WAITT BRANDS, LLC, C3 BRANDS, LLC, DANA BRADFORD, EKTELON RACQUETS, LLC, PRINCE GLOBAL SPORTS LLC, BRADFORD FAMILY HOLDINGS, LLC, and C3 HOLDING COMPANY, LLC, <br><br> Defendants. | 8:20-CV-124 <br><br> ORDER ON JOINT STIPULATION FOR DISMISSAL |

This matter is before the Court on two Joint Stipulations for Dismissal. Filing 163. Filing 164. The July 27, 2022, Joint Stipulation for Dismissal states that the parties agree to the dismissal with prejudice of Plaintiff's claims against Bradford Family Holdings, LLC, C3 Brands, LLC, Dana Bradford, Waitt Brands, LLC, and C3 Holding Company, LLC. The July 29, 2022, Joint Stipulation for Dismissal states that the parties agree to the dismissal with prejudice of Plaintiff's claims against Prince Americas, LLC, Ektelon Racquets, LLC, and Prince Global Sports, LLC. No other claims remain pending against any defendant. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs

Dated this 1st day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge